tioner. *Solicitor General Perlman, Assistant Attorney General Campbell, Robert S. Erdahl* and *Joseph M. Howard* for the United States.

No. 532. STANDARD-VACUUM OIL Co. *v.* UNITED STATES. Court of Claims. Certiorari granted. *Albert R. Connelly* and *George S. Collins* for petitioner. *Solicitor General Perlman, Assistant Attorney General Morison* and *Samuel D. Slade* for the United States.

No. 537. FAULKNER *v.* GIBBS. C. A. 9th Cir. Certiorari granted. *Harold W. Mattingly* for petitioner. *Herbert A. Huebner* for respondent.

No. 558. FEDERAL POWER COMMISSION *v.* PANHANDLE EASTERN PIPE LINE Co. ET AL. C. A. 3d Cir. Certiorari granted. *Solicitor General Perlman* and *Bradford Ross* for petitioner. *E. Ennalls Berl* and *Francis J. Syphen* for Panhandle Eastern Pipe Line Co.; *Jeff A. Robertson* and *Jay Kyle* for the State Corporation Commission of Kansas; and *Arthur G. Connolly* and *Charles S. Layton* for Smith et al., respondents.

No. 565. CARTER *v.* ATLANTA & SAINT ANDREWS BAY RAILWAY Co. C. A. 5th Cir. Certiorari granted. *J. Kirkman Jackson* for petitioner. *James N. Frazer* for respondent.

*Certiorari Denied. (See also Nos. 551 and 581, supra.)*

No. 507. CITY OF OMAHA ET AL. *v.* FRANK BROTHERS FOOTWEAR, INC. Supreme Court of Nebraska. Certio-